EDITH MAGEE, Appellant, *v.* HORACE W. FISH, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 11th day of June, 1914, granting a motion of the defendant to strike out certain parts of the complaint.

PER CURIAM: The order appealed from 'is modified by denying the motion to strike out the portion directed by said order to be stricken out in paragraphs 5 and 6 of the complaint, and as so modified affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

MASON-SEAMAN TRANSPORTATION COMPANY, Respondent, *v.* MARGARET HEFFERNAN and ANNIE HEFFERNAN, Appellants.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 10th day of July, 1914, restraining the defendants from prosecuting certain Municipal Court actions during the pendency of this action.

PER CURIAM: The order appealed from is modified by requiring the plaintiff to give a bond in the sum of $1,500, and as so modified affirmed, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as directed in opinion and as modified affirmed, without costs. Order to be settled on notice.

In the Matter of the Application of UNIVERSAL DISCOUNT COMPANY, Appellant, to Compel PAUL M. ABRAHAMS, 'an Attorney · at Law, Respondent, to Turn over Certain Moneys.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 20th day of August, 1913, denying a motion to compel an attorney to turn over certain moneys.

PER CURIAM: The order appealed from is modified by inserting a provision that the denial of the motion is without prejudice to the main-' tenance of the action by the Discount Company, and as so modified affirmed, without costs.' Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order modified as stated in opinion and as modified affirmed, without costs. Order to be settled on notice.